RICHARD M. OBERTO, Bar #247285
Designated Counsel for Service
516 W. Shaw Ave. Ste 200
Fresno, California  937204
Telephone: (559) 221-2557

Attorney for Defendant,
Christina Hernandez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:16-CR-00062-1 DAD |
| | ) | |
| Plaintiff, | ) | |
| | ) | WAIVER OF DEFENDANT'S |
| v. | ) | PERSONAL PRESENCE PURSUANT TO |
| | ) | FEDERAL RULES OF CRIMINAL |
| | ) | PROCEDURE, RULE 43(b)(3); |
| CHRISTINA HERNANDEZ, | ) | [PROPOSED] ORDER THEREON |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant CHRISTINA HERNANDEZ ("Ms. Hernandez") has been advised of her right to be personally present at all stages of the court proceedings in the above entitled action against her. Ms. Hernandez hereby waives her right to be present for proceedings that involve only a conference or a hearing on a question of law pursuant to Federal Rules of Criminal Procedure, Rule 43, subdivision (b)(3).

Pursuant to this waiver, Ms. Hernandez requests that the Court allow her interests to be represented by the presence of her attorney, Richard M. Oberto, and she agrees that her interests shall be represented the same as if she were personally present.  Ms.

Hernandez agrees that notice to her attorney that her personal presence is required for a proceeding at a specific time and place will be deemed notice to Ms. Hernandez of the requirement of her personal presence.

| | |
|---|---|
| DATED:  6/6/16 | /s/ Christina Hernandez |
| | CHRISTINA HERNANDEZ |
| | Defendant |
| | *Original signature retained by* |
| | *attorney Richard M. Oberto* |

| | |
|---|---|
| DATED:  6/10/16 | /s/ Richard M. Oberto |
| | RICHARD M. OBERTO |
| | Attorney for Defendant, |
| | Christina Hernandez |
| | *Original signature retained by* |
| | *attorney Richard M. Oberto* |

## **O R D E R**

**IT IS HEREBY ORDERED** that the personal presence of Defendant CHRISTINA HERNANDEZ is not required for proceedings that involve only a conference or a hearing on a question of law pursuant to Federal Rules of Criminal Procedure, Rule 43, subdivision (b)(3).

IT IS SO ORDERED.

Dated:  **June 16, 2016**                              /s/ Barbara A. McAuliffe
                                                                          UNITED STATES MAGISTRATE JUDGE