| | |
|---|---|
| 1 | RICHARD M. OBERTO |
|   | ATTORNEY AT LAW |
| 2 | State Bar NO. 247285 |
|   | 516 W. Shaw Ave., Ste. 200 |
| 3 | Fresno, California 93704 |
|   | Telephone: (559) 221-2557 |
| 4 | |
|   | Attorney for Defendant, |
| 5 | Christina Hernandez |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. 1:16-cr-00062-DAD-BAM |
| Plaintiff, | | |
| v. | | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| CHRISTINA HERNANDEZ, | | |
| Defendant. | | |

To the above entitled District Court and the attorneys for the parties:

    Please take notice that the parties in the case have agreed to continue the sentencing date of the defendant Christina Hernandez ("Ms. Hernandez") from the currently scheduled date of January 8, 2018, to the new date March 5, 2018, at 10 a.m., in Courtroom 5 of the above-entitled Court, in the Fresno Division, before the Honorable District Court Judge Dale A. Drozd. The continuance is on the grounds that the defense recently found out that it did not receive approximately 400 pages of discovery that the prosecution meant to turn over, but for whatever reason never made it into the hands of defense counsel. The prosecution will be sending the missing discovery to defense counsel forthwith. Nonetheless, defense counsel will need time to review the 400 pages, discuss his findings with Ms. Hernandez, and evaluate whether there are any issues affecting the please.

///

The parties agree that the continuance here is reasonable, necessary, and in the interests of justice.

For the reasons stated above, the parties stipulate as follows:

1. That Ms. Hernandez's sentencing date to be continued from the currently scheduled date of January 8, 2018, to the new date March 5, 2018, at 10 a.m., in Courtroom 5 of the above-entitled Court, in the Fresno Division, before honorable District Court Judge Dale A. Drozd.

DATED: 12/20/2017  /s/ Grant B. Rabenn
Grant B. Rabenn
Assistant U.S. Attorney

DATED: 12/19/2017  /s/ Richard M. Oberto
RICHARD M. OBERTO
Attorney for Defendant,
Christina Hernandez

### **ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for January 8, 2018, is continued until March 5, 2018, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **December 20, 2017**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE